UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES DEAN WILKS, | CASE NO. C08-0386-MJP-MAT |
| Plaintiff, | |
| v. | ORDER DENYING DEFENDANTS' MOTION TO CONSOLIDATE CASES |
| SGT. STOWERS, et al., | |
| Defendants. | |

Plaintiff has filed a *pro se* complaint pursuant to 42 U.S.C. § 1983, to which defendants have filed an answer. Defendants have recently filed a motion to consolidate this case with another of plaintiff's pending cases, Case No. C07-2084-MJP-MAT. The Court, having considered the motion, does hereby find and ORDER as follows:

(l) Rule 42 of the Federal Rules of Civil Procedure provides that cases may be consolidated if they "involve a common question of law or fact." Fed. R. Civ. P. 42. Here, defendants contend that because these two actions share four defendants and similar allegations, the actions should be consolidated. (Dkt. No. 19 at 1). Upon review of the record, however, it is apparent that Case No. C08-386-MJP-MAT has twenty-one defendants that it does not share

01 with Case No. C07-2084-MJP-MAT. Therefore, the two cases do not strike the Court as having

02 enough in common to warrant consolidation. Accordingly, defendants' motion to consolidate

03 (Dkt. No. 19) is DENIED.

04     (2)    The Clerk is directed to send a copy of this Order to plaintiff and to counsel for

05 defendants.

06     DATED this 2nd day of September, 2008.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING DEFENDANTS'
MOTION TO CONSOLIDATE CASES
PAGE -2