UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES DEAN WILKS, ) | CASE NO. C08-0386-MJP-MAT |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING DEFENDANTS' |
| ) | MOTION FOR RELIEF FROM |
| SGT. STOWERS, et al., ) | DEADLINE FOR SUBMISSION OF |
| ) | PRETRIAL STATEMENT |
| Defendants. ) | |
| _____ ) | |

This is a civil rights action pursuant to 42 U.S.C. § 1983. Defendants have filed a motion for partial summary judgment, which is currently pending before the Court. Defendants have recently filed a motion for relief from the deadline for submission of the joint pretrial statement. (Dkt. No. 24). The joint pretrial statement was due on November 13, 2008. (Dkt. No. 17 at 3). The Court, having considered the motion for relief from deadline, does hereby find and ORDER as follows:

(l) Because defendants' motion for partial summary judgment is pending, defendants' motion for relief from the deadline for filing a joint pretrial statement is GRANTED. The parties shall file the joint pretrial statement within 30 days after the Honorable Marsh J. Pechman has

ORDER GRANTING DEFENDANTS' MOTION
FOR RELIEF FROM DEADLINE FOR SUBMISSION
OF PRETRIAL STATEMENT
PAGE -1

adopted or rejected a forthcoming Report and Recommendation that resolves defendants' pending motion for partial summary judgment.

(2) The Clerk is directed to send a copy of this Order to plaintiff, to counsel for defendants, and to Judge Pechman.

DATED this 18th day of November, 2008.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge