UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES DEAN WILKS, | ) | CASE NO. C08-0386-MJP |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' |
| SGT. STOWERS, et al., | ) ) | MOTION FOR PARTIAL SUMMARY JUDGMENT |
| Defendants. | ) ) | |

The Court, having reviewed defendants' motion for partial summary judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion for partial summary judgment (Dkt. No. 22) is GRANTED in part and DENIED in part;

(3) The claims identified in plaintiff's complaint as A, E, G, H, I, M, Q, R, S, U, V,

ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANTS' MOTION FOR PARTIAL SUMMARY
JUDGMENT
PAGE -1

W,[1] and Y are DISMISSED with prejudice;

(4) Plaintiff's request for class action status (Dkt. No. 9 at 12-13) is DENIED; and

(5) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Theiler.

DATED this 15th day of December, 2008.

*[signature]*

Marsha J. Pechman
U.S. District Judge

---

[1] Plaintiff does not list this claim as "W" but that appears to be an oversight as the claim falls between claims "V" and "X" in his complaint. (Dkt. No. 9 at 65).